140 A.3d 675

**Ex rel Naimah BEYAH, Petitioner**

v.

**OPTION ONE MORTGAGE COMPANY/WELLS FARGO BANK MINNESOTA NA, Respondent.**

**No. 76 EM 2016.**

Supreme Court of Pennsylvania.

June 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED.**